JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARSON TURNER, | Case No. CV 09-6103-JHN (MLG) |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendants. | |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: July 30, 2010

_____
Jacqueline H. Nguyen
United States District Judge